**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **DOROTHY MANZY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 2:05-cv-395-ID-SRW |
| **MONTGOMERY HOUSING** ) | |
| **AUTHORITY, and LANE BOGGS, in his** ) | |
| **individual capacity and official capacity,** ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS BY DEFENDANT LANE BOGGS

**Lane Boggs** ("Boggs" or "this Defendant") moves this Court to dismiss him as a Defendant in this lawsuit. In support of this motion, Boggs states as follows:

1. Plaintiff's Complaint fails to state a claim against Boggs on which relief can be granted.

2. While Plaintiff has identified Boggs as a Defendant in this action, Plaintiff's Complaint fails to make a single factual allegation against Boggs. See Compl. ¶¶ 4-8.

3. Additionally, none of the counts in Plaintiff's Complaint purport to state causes of actions against Boggs. See Compl. ¶¶ 9-17.

4. Process was insufficient.

5. Service of process was insufficient.

WHEREFORE, premises considered, Boggs respectfully moves the Court to dismiss him as a Defendant in this lawsuit.

Respectfully submitted,

/s/ Angela R. Rogers
Charles A. Stewart III (STE067)
Angela R. Rogers (RAI017)
**Bradley Arant Rose & White LLP**
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email: cstewart@bradleyarant.com
Email: arogers@bradleyarant.com

**Attorneys for The Housing Authority of the City of Montgomery**

CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Norman Hurst, Jr., Esq.
462-A Sayre Street
Montgomery, AL  36104

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: not applicable.

s/ Angela R. Rogers
Angela R. Rogers (RAI017)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: arogers@bradleyarant.com