IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DOROTHY MANZY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 2:05cv395-D |
| v. ) | |
| ) | |
| **MONTGOMERY HOUSING** ) | |
| **AUTHORITY, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon CONSIDERATION of Defendant Lane Boggs' motion to dismiss, filed May 5, 2005, it is ORDERED that Plaintiff show cause, if any there be, on or before **May 20, 2005**, why said motion should not be granted.

Done this 6th day of May, 2005.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE