IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY MANZY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 2:05cv395-D |
| v. ) | WO |
| ) | |
| MONTGOMERY HOUSING ) | |
| AUTHORITY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the court is Defendant Lane Boggs' Motion to Dismiss, filed May 5, 2005. (Doc. No. 3.) Plaintiff Dorothy Manzy has not opposed the Motion. (See Uniform Scheduling Order, § 5 (Doc. No. 7); Show Cause Order (Doc. No. 5).) Accepting the facts as alleged in the complaint as true and reviewing them most favorably to Plaintiff, see Jackson v. BellSouth Telecommunications, 373 F.3d 1250, 1262 (11th Cir. 2004), the court finds that Plaintiff has failed to state a claim against Boggs upon which relief can be granted. See Fed. R. Civ. P. 12(b)(6). Accordingly, it is CONSIDERED and ORDERED that Boggs' Motion to Dismiss be and the same is hereby GRANTED and that Boggs is hereby DISMISSED as a defendant in this lawsuit.

DONE this 9th day of June, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE