# EXHIBIT A



**Bradley Arant**

BRADLEY ARANT ROSE & WHITE LLP

ALABAMA CENTER FOR COMMERCE
401 ADAMS AVENUE, SUITE 780
MONTGOMERY, AL 36104
334.956.7700   FAX 334.956.7701
WWW.BRADLEYARANT.COM

Angela R. Rogers

Direct Dial: (334) 956-7610
Direct Fax: (334) 956-7810
arogers@bradleyarant.com

September 7, 2005

Norman Hurst, Jr., Esq.
462-A Sayre Street
Montgomery, AL  36104

    RE:    *Dorothy Manzy v. The Montgomery Housing Authority*
            In the United States District Court, for the Middle District of Alabama,
            Northern Division; Case No. 2:05-cv-395-ID-SRW

Dear Norman:

    We served written discovery requests to the Plaintiff on May 25, 2005, but have not received the Plaintiff's responses. Please forward the responses to us as soon as possible. The Middle District requires that parties meet in person before seeking the court's help in resolving discovery disputes. If you do not plan to send responses soon, please provide us with some dates on which you will be available for a conference.

    We look forward to hearing from you.

                            Sincerely,

                            Angela R. Rogers

ARR/lmb