# EXHIBIT B



**Bradley Arant**

BRADLEY ARANT ROSE & WHITE LLP

ALABAMA CENTER FOR COMMERCE
401 ADAMS AVENUE, SUITE 780
MONTGOMERY, AL 36104
334.956.7700   FAX 334.956.7701
WWW.BRADLEYARANT.COM

Angela R. Rogers

Direct Dial: (334) 956-7610
Direct Fax: (334) 956-7810
arogers@bradleyarant.com

September 15, 2005

Norman Hurst, Jr., Esq.
462-A Sayre Street
Montgomery, AL 36104

RE:   *Dorothy Manzy v. The Montgomery Housing Authority*
In the United States District Court, for the Middle District of Alabama,
Northern Division; Case No. 2:05-cv-395-ID-SRW

Dear Norman:

On September 7, 2005, I wrote to you concerning the Plaintiff's overdue discovery responses. I have also noticed that we have not received the Plaintiff's Initial Disclosures, which were due 21 days after entry of the Court's scheduling order, which was entered on May 25, 2005. Please forward the Plaintiff's initial disclosures and discovery responses to us as soon as possible.

Sincerely,

Angela R. Rogers

ARR/lmb