# EXHIBIT C



**Bradley Arant**

BRADLEY ARANT ROSE & WHITE LLP

ALABAMA CENTER FOR COMMERCE
401 ADAMS AVENUE, SUITE 780
MONTGOMERY, AL 36104
334.956.7700   FAX 334.956.7701
WWW.BRADLEYARANT.COM

Angela R. Rogers

Direct Dial: (334) 956-7610
Direct Fax: (334) 956-7810
arogers@bradleyarant.com

November 10, 2005

Norman Hurst, Jr., Esq.
462-A Sayre Street
Montgomery, AL 36104

RE: *Dorothy Manzy v. The Montgomery Housing Authority*
In the United States District Court, for the Middle District of Alabama, Northern Division; Case No. 2:05-cv-395-ID-SRW

Dear Norman:

I have previously written to you concerning the Plaintiff's overdue initial disclosures and discovery responses. I know at one time you were having trouble locating your client and wanted to see if you have found her. We need to move this case along and want to take the Plaintiff's deposition after we receive her discovery responses.

I look forward to hearing from you.

Sincerely,

Angela R. Rogers

ARR/lmb

BIRMINGHAM    CHARLOTTE    HUNTSVILLE    JACKSON    MONTGOMERY    WASHINGTON, DC