# EXHIBIT D



**Bradley Arant**
BRADLEY ARANT ROSE & WHITE LLP

ALABAMA CENTER FOR COMMERCE
401 ADAMS AVENUE, SUITE 780
MONTGOMERY, AL 36104
334.956.7700   FAX 334.956.7701
WWW.BRADLEYARANT.COM

Angela R. Rogers

Direct Dial: (334) 956-7610
Direct Fax: (334) 956-7810
arogers@bradleyarant.com

December 1, 2005

Norman Hurst, Jr., Esq.
462-A Sayre Street
Montgomery, AL 36104

RE:   *Dorothy Manzy v. The Montgomery Housing Authority*
      In the United States District Court, for the Middle District of Alabama,
      Northern Division; Case No. 2:05-cv-395-ID-SRW

Dear Norman:

I have written several letters requesting the Plaintiff's overdue initial disclosures and discovery responses. We need to move this case along and want to take the Plaintiff's deposition after we receive initial disclosures and discovery responses. As you know, courts prefer that parties work out discovery disputes without involving the court, but we will have no choice but to file a motion to compel if we do not receive some kind of response from you. The Middle District requires that the parties meet in person to discuss discovery disputes before filing a motion to compel; therefore, please provide us with dates on which you are available to meet.

I look forward to hearing from you soon.

Sincerely,

Angela R. Rogers

ARR/lmb

cc:   Charles A. Stewart III, Esq.