IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY MANZY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv395-ID |
| | ) |
| MONTGOMERY HOUSING | ) |
| AUTHORITY, et al., | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER ON MOTION</u>**

Upon consideration of defendant's motion to compel (Doc. # 9), filed January 9, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Plaintiff is DIRECTED to provide her initial disclosures and discovery responses to defendant on or before January 20, 2006.

DONE, this 10th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE