# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **DOROTHY MANZY,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | )   **CASE NO. 2:05-cv-395-ID-SRW** |
| **MONTGOMERY HOUSING** | ) |
| **AUTHORITY,** | ) |
| | ) |
|     **Defendant.** | ) |

## MOTION FOR EXTENSION OF DISCOVERY DEADLINE

**Montgomery Housing Authority** ("Defendant") moves this Court to extend the discovery deadline in this case. In support of this motion, Defendant states as follows:

1. The current discovery deadline is Wednesday, March 1, 2006.

2. Defendant has attempted to schedule the Plaintiff's deposition at a mutually convenient date but has been unable to do so.

3. The undersigned wrote to Plaintiff's counsel on December 1, 2005, regarding Plaintiff's overdue discovery responses and the need to take Plaintiff's deposition. A copy of this letter is attached as Exhibit 1.

4. The undersigned represents to this Court that she spoke to the Plaintiff's attorney by telephone on December 7, 2005, regarding dates for the Plaintiff's deposition, and Plaintiff's attorney advised that he would contact his client about available dates.

5. On January 20, 2006, when Plaintiff's counsel hand-delivered responses to Defendant's discovery requests, counsel discussed Plaintiff's deposition.

6.  The undersigned wrote to Plaintiff's counsel again on January 30, 2006, advising that she had the dates of February 14-16 and 21-23 available to take Plaintiff's deposition. A copy of this letter is attached as Exhibit 2. The suggested dates have passed, but the undersigned has received no response from Plaintiff's counsel.

7.  Because the pretrial conference is not until July 6, 2006, and trial is not until August 7, 2006, Plaintiff will not be prejudiced by an extension.

8.  MHA's counsel attempted to contact Plaintiff's counsel several times by telephone and left two voice mail messages for him today before filing this motion but was unable to reach him.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests this Court for an extension of the current discovery deadline.

Respectfully submitted,

s/ Angela R. Rogers
Charles A. Stewart III (STE067)
Angela R. Rogers (RAI017)
Bradley Arant Rose & White LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email: cstewart@bradleyarant.com
Email: arogers@bradleyarant.com

**Attorneys for Defendant Montgomery Housing Authority**

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Norman Hurst, Jr., Esq.
>462-A Sayre Street
>Montgomery, AL  36104

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: not applicable.

>s/ Angela R. Rogers
>Angela R. Rogers (RAI017)
>Bradley Arant Rose & White LLP
>The Alabama Center for Commerce
>401 Adams Avenue, Suite 780
>Montgomery, AL 36104
>Telephone: (334) 956-7700
>Facsimile: (334) 956-7701
>E-mail: arogers@bradleyarant.com