# Exhibit 2


**Bradley Arant**
BRADLEY ARANT ROSE & WHITE LLP

ALABAMA CENTER FOR COMMERCE
401 ADAMS AVENUE, SUITE 780
MONTGOMERY, AL 36104
334.956.7700   FAX 334.956.7701
WWW.BRADLEYARANT.COM

Angela R. Rogers

Direct Dial: (334) 956-7610
Direct Fax: (334) 956-7810
arogers@bradleyarant.com

January 30, 2006

Norman Hurst, Jr., Esq.
462-A Sayre Street
Montgomery, AL 36104

    RE:    *Dorothy Manzy v. The Montgomery Housing Authority*
             In the United States District Court, for the Middle District of Alabama,
             Northern Division; Case No. 2:05-cv-395-ID-SRW

Dear Norman:

    I want to move forward with taking your client's deposition. I currently have these dates available: February 14-16 and 21-23. Please let me know at your earliest convenience if one of these dates will work for you.

    I look forward to hearing from you.

                                              Sincerely,

                                            Angela R. Rogers

ARR/lmb

cc:    Charles A. Stewart III, Esq.