IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DOROTHY MANZY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:05cv395-D |
| v. | ) |
| | ) |
| **MONTGOMERY HOUSING AUTHORITY,** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Defendant's motion for extension of discovery deadline (Doc. No. 11), filed February 27, 2006, and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED and that the deadline for completion of discovery, as set forth in Section 6 of the Uniform Scheduling Order (Doc. No. 7), is hereby EXTENDED to and including June 13, 2006. All other deadlines in the Uniform Scheduling Order shall remain in full force and effect.

Done this 28th day of February, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE