IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DOROTHY MANZY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-395-ID-SRW |
| ) | |
| **MONTGOMERY HOUSING** ) | |
| **AUTHORITY,** ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR SUMMARY JUDGMENT

**Montgomery Housing Authority** ("MHA") moves, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an entry of summary judgment on Plaintiff's claims. MHA is entitled to summary judgment because the record shows no genuine issue of material fact, thus entitling the MHA to judgment as a matter of law. This motion is based upon all pleadings in this action, the attached evidentiary submissions, and the Brief in Support of Motion for Summary Judgment filed contemporaneously with this motion. MHA relies on the following in support of its motion:

1. The pleadings in this case;

2. Excerpts from the Plaintiff's deposition, attached as Exhibit 1;

3. Affidavit of Rudy Martinez, attached as Exhibit 2; and

4. Affidavit of Maxine Sledge, attached as Exhibit 3.

1/1438250.1

Respectfully submitted,

s/ Angela R. Rogers
Charles A. Stewart III (STE067)
Angela R. Rogers (RAI017)
Bradley Arant Rose & White LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email: cstewart@bradleyarant.com
Email: arogers@bradleyarant.com

**Attorneys for Defendant Montgomery Housing Authority**

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Norman Hurst, Jr., Esq.
462-A Sayre Street
Montgomery, AL  36104

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: not applicable.

s/ Angela R. Rogers
Angela R. Rogers (RAI017)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: arogers@bradleyarant.com

1/1438250.1