IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DOROTHY MANZY,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv395-ID |
| | )                 (WO) |
| **MONTGOMERY HOUSING AUTH.,** | ) |
| | ) |
|    **Defendant.** | ) |

## FINAL JUDGMENT

In accordance with the prior proceedings and orders of the court, it is CONSIDERED, ORDERED and ADJUDGED that summary judgment be and the same is hereby ENTERED in favor of Defendant Montgomery Housing Authority and against Plaintiff Dorothy Manzy on all claims in the Complaint and that Plaintiff take nothing by her said suit.

It is further CONSIDERED and ORDERED that all costs herein incurred be and the same are hereby TAXED against Plaintiff, for which let execution issue.

DONE this 21st day of April, 2006.

                                      /s/ Ira DeMent
                                      SENIOR UNITED STATES DISTRICT JUDGE