## EXHIBIT "A"

Montgomery Housing Authority relied upon the deposition of the following in this cause. The costs are listed below and the invoice is attached.

| | |
|---|---|
| Deposition of Dorothy Manzy | 593.45 |
| **TOTAL:** | **$ 593.45** |



**Foshee & Turner**
1933 Richard Arrington Jr Blvd S
Birmingham, AL 35209

tel (800) 888-3376
tel (205) 251-4200
fax (205) 252-5644
www.legalink.com

**LEGALINK**
A WORDWAVE COMPANY   GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 11025947 | 10/14/2004 | 1101-28516 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 09/30/2004 | PAULNI | |

| CASE CAPTION |
|---|
| Dorothy Manzy vs. Montgomery Housing Authority |
| TERMS |
| Due upon receipt |

Charles A. Stewart, III
Bradley, Arant, Rose & White, L.L.P.
401 Adams Avenue, Suite 780
Montgomery, AL 36104

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Montgomery Personnel Hearing          101 Pages @     3.95/Page        398.95
        ATTENDANCE                                                         140.00
        ASCII - Copy                                                        10.00
        Compressed Transcript                                               20.00
        Postage/Handling                                                    24.50
                                                                         --------
                                      TOTAL   DUE   >>>>                   593.45

We have a new payment address.  Please forward all payments to :
Foshee & Turner, a LegaLink Company
PO Box 538477
Atlanta, GA  30353-8477
```

TAX ID NO.: 04-3437378                                    (334) 956-7700    Fax (334) 956-7701

*Please detach bottom portion and return with payment.*

Charles A. Stewart, III
Bradley, Arant, Rose & White, L.L.P.
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Invoice No.:  11025947
Date       :  10/14/2004
**TOTAL DUE** :     593.45

Job No.    :  1101-28516
Case No.   :
Dorothy Manzy vs. Montgomery Housing

Remit To:  **LegaLink Alabama**
           **PO Box 538477**
           **Atlanta, GA 30353-8477**