**EXHIBIT "B"**

Montgomery Housing Authority used the following printing in this cause. The costs are listed below and the invoice is attached.

Action Legal                              121.04


**TOTAL:    $ 121.04**

# Invoice

REMIT TO:
**ACTION LEGAL COPY SERVICE**
12195 HWY 92, SUITE 114
BOX #339
WOODSTOCK, GA 30188
770-928-4562

...erce Street, Suite 500
...gomery, AL 36104
(334) 834-2679
Tax ID # 63-1209935

| DATE | INVOICE NO. |
|---|---|
| 9/15/2004 | 17311 |

| BILL TO |
|---|
| Bradley, Arant, Rose & White<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203-2104 |

| JOB DESCRIPTION |
|---|
| H1230- 75045 |

| TERMS | ORDERED BY |
|---|---|
| Net 15 | Alatia |

| ITEM | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 140 | Litigation File Copies | 786 | 0.14 | 110.04T |

| | Sales Tax (10.0%) | $11.00 |
|---|---|---|
| Received by: | **Total** | $121.04 |