AO 133 (Rev. 9/89) Bill of Costs

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

DOROTHY MANZY,

    Plaintiff,

v.

MONTGOMERY HOUSING AUTHORITY,

    Defendant.

**BILL OF COSTS**

CIVIL ACTION NO. 2:05-cv-395-ID-SRW

Judgment having been entered in the above-entitled action on April 21, 2006, against Dorothy Manzy, the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | $ 250.00 |
| Fees for service of summons and subpoena – | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case - See Exhibit A | 593.45 |
| Fees and disbursements for printing – See Exhibit B | 121.04 |
| Fees for witnesses (itemize on reverse side) – | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 0.00 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Courts of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs (please itemize) | |
| **TOTAL** | **$ 964.49** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

**DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

Norman Hurst, Jr., Esq., 462-A Sayre Street, Montgomery, AL 36104

Signature of Attorney: _[signature]_

Name of Attorney: Charles A. Stewart III

For: Montgomery Housing Authority    Date: 4/27/06
    Name of Claiming Party

Costs are taxed in the amount of $ 964.49 and included in the judgment.

*Debra P. Hackett*
Clerk of Court      Deputy Clerk      Date 4/28/06